VAN BUREN and others *vs.* FORT and MALCOLM.

Where defendants were *minors* and obtained marchandize on credit, and when sued interposed the plea of *infancy*, the plaintiffs were permitted to discontinue without costs.

MOTION to discontinue without costs. The defendants moved for judgment as in case of nonsuit. The plaintiffs asked to discontinue without costs. The defendants obtained merchandize of the plaintiffs on a letter of recommendation, and failing to pay, were sued. They interposed a plea of *infancy*. On inquiry, the plaintiffs found that the plea could be supported by proof, and therefore omitted to proceed to trial.

*D. Hudson,* for plaintiffs.

*J. Brown,* for defendants.

*By the Court,* SAVAGE, Ch. J. The defendants having been guilty of fraud, the motion for judgment as in case of nonsuit is denied, and leave is given to the plaintiffs to discontinue without costs.